

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Sebastian Alexander Zapata,           \* From the 238th District Court
                                             of Midland County,
                                             Trial Court No. CR51328.

Vs. No. 11-22-00346-CR                \* December 19, 2024

The State of Texas,                      \* Memorandum Opinion by Bailey, C.J.
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

       This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the district clerk's bill of costs to delete the court-appointed attorney's fees in the amount of $5,850 and the court reporter's record fee in the amount of $2,373 that were assessed against Appellant. As modified, we affirm the judgment of the trial court.